**Dated: November 19, 2009**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT518

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| HOWARD CLARK & JOYCE V ANDERSON-CLARK | |
| Debtor(s) | Case No. 04-37130-D |
| SSN(1) XXX-XX-6563  SSN2 XXX-XX-0246 | |

ORDER ON TRUSTEE'S MOTION FOR MORTGAGE COMPANY TO SHOW CAUSE WHY THEIR RECORDS
SHOULD NOT REFLECT THAT THE DEBTOR'S MORTGAGE IS NOW CURRENT

It appearing to the Court from the statements of the Chapter 13 Trustee and the entire record herein that the above-referenced case is being prepared for discharge and that the Trustee has been serving as the disbursing agent for the debtor(s)' ongoing mortgage payment, and that the arrearage claim has been paid in full.  It further appearing to the Court that the debtor's account with LITTON LOAN SERVICING has now been brought current.

IT IS THEREFORE ORDERED that LITTON LOAN SERVICING show that the debtor's mortgage is current.

/S/ George W. Stevenson
Chapter 13 Trustee

```
CC:     George W. Stevenson
CS
        HOWARD CLARK & JOYCE V ANDERSON-CLARK
        5130 BERTA RD
        MEMPHIS, TN  38109

        HENRY W MILLER ATTORNEY

        LITTON LOAN SERVICING
        PO BOX 4387
        PAYMENTS ONLY
        HOUSTON, TX  77210
```